THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY,

Plaintiff,

v.

CITY OF SAMMAMISH,

Defendant.

CASE NO. C17-0921-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant City of Sammamish's motion for clarification (Dkt. No. 40) The City asks the Court to clarify the intent of the following language from its order granting Plaintiff King County's motion for preliminary injunction:

> "The City shall not take any additional actions to impede or delay King County's construction of the ELST, including attempts to require stop signs oriented towards trail users at the intersections with 206th Avenue SE and SE 33rd Street."

(Dkt. No. 36 at 8.)

This language was adopted from the County's proposed order, (*see* Dkt. No. 7-1 at 2), in an attempt to fully and precisely address the relief the County sought. The Court did not intend this language to expand its ruling beyond the relief sought by the County and the issues

discussed and resolved in the order. To the extent this remains unclear, the Court recommends that the parties consult among themselves to reach a reasonable and cooperative resolution.

**If the parties cannot come to a common understanding, the County may file a response to the City's current motion (Dkt. No. 40) by Friday, September 1, 2017. The response shall be limited to 6 pages. The City may then file a reply brief by Friday, September 8, 2017. The reply shall be limited to three pages.**

The Clerk is directed to RENOTE the motion for clarification (Dkt. No. 40) for Friday, September 8, 2017. If the parties do not submit briefing in accordance with the schedule established above, the motion for clarification (Dkt. No. 40) shall be deemed MOOT and will be terminated.

DATED this 21st day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk