THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY,

        Plaintiff,

v.

CITY OF SAMMAMISH,

        Defendant.

CASE NO. C17-0921-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed revision to the preliminary injunction order of August 8, 2017 (Dkt. No. 42). After considering this stipulation, IT IS HEARBY ORDERED that Sentence III-2 in the Conclusion section of the Preliminary Injunction Order on page 8 (Dkt. No. 36) is hereby stricken and replaced with the following language:

> "2. The City shall not take any additional actions to impede or delay King County's construction of the intersections at 206th Avenue SE and SE 33rd Street, including any attempts to orient stop signs toward trail users."

The Court's Preliminary Injunction Order remains the same in all other respects. Further, per the parties' stipulation, the City retains the right to appeal the preliminary injunction as revised

herein.

The Court also DIRECTS the Clerk of Court to strike the noting date of September 8, 2017 for the motion for clarification (Dkt. No. 41).

DATED this 1st day of September 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk