THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, | CASE NO. C17-0921-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF SAMMAMISH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a status conference for the purpose of entering a case schedule (Dkt. No. 52). The Court ORDERS counsel for both parties to appear for a status conference at 9:00 A.M. on October 23, 2018, for the purpose of entering a case schedule.

DATED this 4th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk