THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, | CASE NO. C17-0921-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF SAMMAMISH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and pretrial deadlines (Dkt. No. 56). Having thoroughly considered the motion, the Court hereby GRANTS the motion and ORDERS that:

1. Trial is CONTINUED from October 21, 2019 to January 27, 2020 at 9:30 a.m.;
2. The pretrial order shall be filed no later than January 17, 2020;
3. Trial briefs shall be filed no later than January 23, 2020;
4. Discovery shall be completed 120 days before trial; and
5. Dispositive motions shall be filed no later than 90 days before trial.

//

//

1     DATED this 3rd day of September 2019.

                                         <u>William M. McCool</u>
                                         Clerk of Court

                                       <u>s/Tomas Hernandez</u>
                                       Deputy Clerk

MINUTE ORDER
C17-0921-JCC
PAGE - 2